# Exhibit A



15130 S RAYMOND AVE APT105 GARDENA CA 90247-3417   0234076835   Apartment complex   0-60300410-37-4480

| Address | | | |
|---|---|---|---|
| 4340 MANHATTAN BEACH BLVD APT4 LAWNDALE CA 90260-2624 | 0173763009 | Apartment complex | 0-60410060-37-4480 |
| 14000 CORDARY AVE APT41 HAWTHORNE CA 90250-9145 | 0173684299 | Apartment complex | 0-60250210-37-4480 |
| 24200 WALNUT ST SPC49 TORRANCE CA 90501-6739 | 0174342551 | Multifamily | 0-65100140-37-4480 |
| 2420 LUCINUT ST TORRANCE CA 90501 | 0714100324 | Single family | 0-00-0- |
| 14000 CORDARY AVE APT39 HAWTHORNE CA 90250-9145 | 0173684297 | Apartment complex | 0-60250210-37- |
| 30260 ORTESE HWY SAN JUAN CAPISTRANO CA 92675 | 0711844280 | Single family | 0-00-0-8320 |

| Current or former employer(s) | Address |
|---|---|
| RICHARDS FAMILY TRUST | |

**Account name**
USCB AMERICA

355 S GRAND AVE STE 3200
LOS ANGELES, CA 90071
844 437 8378
**Address identification number**
0234076835

**Original creditor**
KAISER PERMANENTE SCAL

**Account number**
31354385

**Type**
Collection
**Terms**
1 Months

**On record until**
Feb 2026

**Recent balance**
$155 as of
11/19/2021

**Credit limit or original amount**
$155
**High balance**
$0

**Monthly payment**
$0

**Recent payment amount**
$0

**Date opened**
01/2021

**Date of status**
01/2021
**First reported**
09/2021
**Responsibility**
Individual

**Status**
**Collection account.**
**$155 past due as of**
**Nov 2021.**

**Comment**
Affected by natural or declared disaster.

**Comment history**

Affected by natural or declared disaster.| Oct 2021 - Sep 2021

**Account history**

| 2021 | | |
|---|---|---|
| Nov | Oct | Sep |
| C | C | C |

Collection as of Sep 2021 to Nov 2021

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Oct 2021: $155 / No data / No data / No data
Sep 2021: $155 / No data / No data / No data
The original amount of this account was $155

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| USCB AMERICA | 31354389 | $192 as of 11/19/2021 | 01/2021 | **Collection account. $192 past due as of Nov 2021.** |
| 355 S GRAND AVE STE 3200 LOS ANGELES, CA 90071 844 437 8378 **Address identification number** 0234076835 **Original creditor** KAISER PERMANENTE SCAL | **Type** Collection **Terms** 1 Months **On record until** May 2026 | **Credit limit or original amount** $192 **High balance** $0 **Monthly payment** $0 **Recent payment amount** $0 | **Date of status** 01/2021 **First reported** 09/2021 **Responsibility** Individual | **Comment** Affected by natural or declared disaster. |

**Comment history**

Affected by natural or declared disaster.| Oct 2021 - Sep 2021

**Account history**

2021
Nov  Oct  Sep
 C    C    C

Collection as of Sep 2021 to Nov 2021

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Oct 2021: $192 / No data / No data / No data
Sep 2021: $192 / No data / No data / No data
The original amount of this account was $192

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| USCB AMERICA | 31354458 | $192 as of 11/19/2021 | 01/2021 | **Collection account. $192 past due as of Nov 2021.** |
| 355 S GRAND AVE STE 3200 LOS ANGELES, CA 90071 844 437 8378 **Address identification number** 0234076835 **Original creditor** KAISER PERMANENTE SCAL | **Type** Collection **Terms** 1 Months **On record until** Aug 2026 | **Credit limit or original amount** $192 **High balance** $0 **Monthly payment** $0 **Recent payment amount** $0 | **Date of status** 01/2021 **First reported** 09/2021 **Responsibility** Individual | **Comment** Affected by natural or declared disaster. |

**Comment history**

Affected by natural or declared disaster.| Oct 2021 - Sep 2021

**Account history**

2021
Nov  Oct  Sep
 C    C    C

Collection as of Sep 2021 to Nov 2021

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Oct 2021: $192 / No data / No data / No data
Sep 2021: $192 / No data / No data / No data

The original amount of this account was $192

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| USCB AMERICA | 31355042 | $184 as of 11/19/2021 | 01/2021 | **Collection account. $184 past due as of Nov 2021.** |
| 355 S GRAND AVE STE 3200 LOS ANGELES, CA 90071 844 437 8378 | Type Collection | Credit limit or original amount $184 | Date of status 01/2021 | Comment Affected by natural or declared disaster. |
| Address identification number 0234076835 | Terms 1 Months | High balance $0 | First reported 09/2021 | |
| Original creditor KAISER PERMANENTE SCAL | On record until Nov 2026 | Monthly payment $0 | Responsibility Individual | |
| | | Recent payment amount $0 | | |

**Comment history**

Affected by natural or declared disaster.| Oct 2021 - Sep 2021

**Account history**

```
2021
Nov  Oct  Sep
 C    C    C
```

Collection as of Sep 2021 to Nov 2021

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Oct 2021: $184 / No data / No data / No data
Sep 2021: $184 / No data / No data / No data
The original amount of this account was $184

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| USCB AMERICA | 31355681 | $192 as of 11/19/2021 | 01/2021 | **Collection account. $192 past due as of Nov 2021.** |
| 355 S GRAND AVE STE 3200 LOS ANGELES, CA 90071 844 437 8378 | Type Collection | Credit limit or original amount $192 | Date of status 01/2021 | Comment Affected by natural or declared disaster. |
| Address identification number 0234076835 | Terms 1 Months | High balance $0 | First reported 09/2021 | |
| Original creditor KAISER PERMANENTE SCAL | On record until May 2027 | Monthly payment $0 | Responsibility Individual | |
| | | Recent payment amount $0 | | |

**Comment history**

Affected by natural or declared disaster.| Oct 2021 - Sep 2021

**Account history**

```
2021
Nov  Oct  Sep
 C    C    C
```

Collection as of Sep 2021 to Nov 2021

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Oct 2021: $192 / No data / No data / No data
Sep 2021: $192 / No data / No data / No data
The original amount of this account was $192