# Exhibit B

15130 S RAYMOND AVE APT105 GARDENA CA 90247-3417     0234076835     Apartment complex     0-60300410-37-

| Current or former employer(s) | Address |
|---|---|
| RICHARDS FAMILY TRUST | |

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| USCB AMERICA | 32312619 | $147 as of 12/14/2021 | 03/2021 | **Collection account. $147 past due as of Dec 2021.** |
| 355 S GRAND AVE STE 3200 LOS ANGELES, CA 90071 844 437 8378 | **Type** Collection | **Credit limit or original amount** $147 | **Date of status** 03/2021 | **Comment** Affected by natural or declared disaster. |
| **Address identification number** 0234076835 | **Terms** 1 Months | **High balance** $0 | **First reported** 12/2021 | |
| | **On record until** Aug 2027 | **Monthly payment** $0 | **Responsibility** Individual | |
| **Original creditor** KAISER PERMANENTE SCAL | | **Recent payment amount** $0 | | |

**Account history**

2021
Dec
C

Collection as of Dec 2021