> The Court acknowledges the Agreed Stipulation of Dismissal, dkt. 26.  The Clerk is DIRECTED to dismiss only Experian Information Solutions, Inc. from the docket.
> JPH, 4/25/2022
> Distribution via ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CARMEN GUERRIDO,

    Plaintiff,

v.

USCB, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

Case No. 2:22-cv-00035-JPH-MJD

## AGREED STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CARMEN GUERRIDO, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., through their respective counsel, that the above-captioned action is dismissed, with prejudice, against, EXPERIAN INFORMATION SOLUTIONS, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: April 22, 2022

**CARMEN GUERRIDO**

/s/ *Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
*Counsel for Plaintiff*
Consumer Law Partners, LLC
333 N. Michigan Ave., Suite 1300
Chicago, Illinois 60601
Phone: (267) 422-1000
Email: teddy@consumerlawpartners.com

Respectfully Submitted,

**EXPERIAN INFORMATION SOLUTIONS, INC.**

/s/ *Mitchell Osterday*
Mitchell Osterday
*Counsel for Defendant*
Barnes & Thornburg, LLP
11 S. Meridian St.
Indianapolis, IN 46204
Phone: (317) 231-7505
Email: mitchell.osterday@btlaw.com