UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

> The Court acknowledges the Agreed Stipulation of Dismissal as to USCB, Inc., dkt. 33. The Clerk is DIRECTED to close this case on the docket.
> JPH, 6/21/2022
> Distribution via ECF.

| | |
|---|---|
| CARMEN GUERRIDO,<br><br>　Plaintiff,<br><br>v.<br><br>USCB, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　Defendants. | Case No. 2:22-cv-00035-JPH-MJD |

### AGREED STIPULATION OF DISMISSAL AS TO USCB, INC.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CARMEN GUERRIDO, and Defendant, USCB, INC., through their respective counsel, that the above-captioned action is dismissed, with prejudice, against, USCB, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The entire matter is now dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: June 14, 2022

**CARMEN GUERRIDO**

/s/ *Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
*Counsel for Plaintiff*
Consumer Law Partners, LLC
333 N. Michigan Ave., Suite 1300
Chicago, Illinois 60601
Phone: (267) 422-1000
Email: teddy@consumerlawpartners.com

Respectfully Submitted,

**USCB, INC.**

/s/ *Jennifer J. Kalas*
Jennifer J. Kalas
*Counsel for Defendant*
Hinshaw & Culbertson LLP
322 Indianapolis Blvd., Suite 201
Schererville, IN 46375
Phone: (219) 864-4521
Email: jkalas@hinshawlaw.com